UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHEN RICCIO,                                  :
                                                 :
                       Plaintiff,                :
                                                 :
                 v.                              :     **ORDER**
                                                 :     21-CV-01136 (WFK) (VMS)
COMMISSIONER OF SOCIAL SECURITY,                 :
                                                 :
                       Defendant.                :
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On September 11, 2024, the Honorable Magistrate Judge Vera M. Scanlon issued a

Report and Recommendation ("R&R") recommending granting Plaintiff's motion for attorneys'

fees.  *See* ECF No. 30.

The parties did not file any objections to the R&R, which were due by Wednesday,

September 25, 2024.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  The Court reviews

an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp.

2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.).  The Court finds no such error here and therefore

adopts the R&R in its entirety.  Specifically, the Court GRANTS Plaintiff's motion pursuant to

42 U.S.C. § 406(b) and ORDERS the following:

1.  Defendant shall remit to Plaintiff's counsel a total of $44,393.50 in attorneys'

fees to be paid only from Plaintiff's and his daughter's past-due Social Security

Disability benefits; and

2.  Plaintiff's counsel shall reimburse Plaintiff in the total amount of $12,933.84,

corresponding to the Equal Access to Justice Act fees that counsel previously

received for his work in this action.

1

No funds need be paid by the Social Security Administration from any other source for attorneys' fees.

**SO ORDERED.**

**s/ WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2024
      Brooklyn, New York